# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
### SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| St. Hilaire Seed Company, Inc., a Minnesota corporation | ) ) ) | |
| Plaintiff, | ) ) | **ORDER RE ADMISSION** **PRO HAC VICE** |
| vs. | ) ) | |
| Falkirk Farmers Elevator Co., a North Dakota cooperative association, and Ronald J. Hefta, an individual, | ) ) ) ) | |
| Defendants. | ) ) | Case No. 1:13-cv-028 |

Before the court are Plaintiff's Motions for attorneys Mark J. Kalla and Marta M. Chou to appear *pro hac vice* on its behalf.  In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys Mark J. Kalla and Marta M. Chou have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk.  Accordingly, the Plaintiff's motions (Docket Nos. 12-13) are **GRANTED**.  Attorneys Mark J. Kalla and Marta M. Chou are admitted to practice before this court in the above-entitled action on behalf of the Plaintiff.

**IT IS SO ORDERED.**

Dated this 22nd day of April, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge