# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| St. Hilaire Seed Company, Inc., a Minnesota Corporation, | ) ) ) | |
| Plaintiff, | ) ) | **ORDER RE ADMISSION PRO HAC VICE** |
| vs. | ) ) | |
| Falkirk Farmers Elevator Co., a North Dakota cooperative association, and Ronald J. Hefta, an individual, | ) ) ) ) | |
| | ) | Case No. 1:13-cv-028 |
| Defendants. | ) | |

Before the court is the Plaintiff's Motion for attorney Emily Grande Stearns to appear *pro hac vice* on its behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Emily Grande Stearns has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. She has also paid the required admission fees to the office of the Clerk. Accordingly, the Plaintiff's motion (Docket No. 20) is **GRANTED**. Attorney Emily Grande Stearns is admitted to practice before this court in the above-entitled action on behalf of the Plaintiff.

**IT IS SO ORDERED.**

Dated this 6th day of June, 2013.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge