**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| St. Hilaire Seed Company, Inc.<br>A Minnesota corporation, | ) ) ) | |
| Plaintiff, | ) ) | **ORDER RE ADMISSION<br>PRO HAC VICE** |
| vs. | ) ) | |
| Falkirk Farmers  Elevator Co., a North<br>Dakota cooperative association, and<br>Ronald J. Hefta, | ) ) ) ) | |
| Defendants. | ) ) | Case No. 1:13-cv-028 |

Before the court is a motion for attorney for attorney Laura N. Maupin  to appear *pro hac vice* on plaintiff's behalf.  In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Laura N. Maupin has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. She has also paid the required admission fees to the office of the Clerk.  Accordingly, the  motion (Docket No. 30) is **GRANTED**. Attorney Laura N. Maupin  is admitted to practice before this court in the above-entitled action plaintiff's behalf.

**IT IS SO ORDERED.**

Dated this 11th day of March, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge